UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---:|
| CHAMBERS OF | 101 WEST LOMBARD STREET |
| SUSAN K. GAUVEY | BALTIMORE, MARYLAND 21201 |
| U.S. MAGISTRATE JUDGE | MDD_skgchambers@mdd.uscourts.gov |

September 20, 2021

TO ALL COUNSEL OF RECORD:

    Re:  Bair v. United States of America,
          Civil Case No. ELH-20-769

Dear Counsel:

    This is to confirm that the settlement conference in the above referenced case is hereby rescheduled to **Wednesday, January 19, 2022,** at **10:00 a.m**. The settlement conference will be held via Zoom.

    The <u>ex parte</u> letters requested in my June 14, 2021 letter order will now be due on **December 29, 2021**. Plaintiff shall submit a written itemization of damages and a settlement demand to the defendant on **December 29, 2021**, with a copy to the Court, and the defendant shall submit a written offer to the plaintiff and any alternate itemization of damages on **January 5, 2022**, again with a copy to the Court.

    Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

    I look forward to seeing you on **January 19, 2022.**

                                Sincerely yours,

                                /s/

                              Susan K. Gauvey
                              United States Magistrate Judge

cc:  Honorable Ellen L. Hollander
     Court and Chambers File