UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF | 101 WEST LOMBARD STREET |
| SUSAN K. GAUVEY | BALTIMORE, MARYLAND 21201 |
| U.S. MAGISTRATE JUDGE | MDD_skgchambers@mdd.uscourts.gov |

June 2, 2022

TO ALL COUNSEL OF RECORD:

   Re: Bair v. United States of America
       Civil Case No. ELH-20-769

Dear Counsel:

    This is to confirm that the settlement conference in the above referenced case is hereby scheduled on **Monday, July 25, 2022**, at **1:00 p.m.**, to be held via Zoom.

    The _ex parte_ letters requested in my September 20, 2021 letter order will now be due on **July 5, 2022**. Plaintiff shall submit a written itemization of damages and a settlement demand to the defendant on **July 5, 2022**, with a copy to the Court, and the defendant shall submit a written offer to the plaintiff and any alternate itemization of damages on **July 11, 2022**, again with a copy to the Court.

    Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

    I look forward to seeing you on **July 25th**.

                                Sincerely yours,

                                /s/

                                Susan K. Gauvey
                                United States Magistrate Judge

cc:  Honorable Ellen L. Hollander
      Court and Chambers File