IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TRAVIS BAIR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:20-cv-00769-ELH |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of the Joint Motion to Modify Scheduling Order and the record in this case it is this _____ day of _____ 2022, hereby

ORDERED that the Joint Motion shall be and hereby is GRANTED; and it is further

ORDERED that the Scheduling Order shall be and hereby is MODIFIED as follows:

| | **OLD DEADLINE** | **NEW DEADLINE** |
|---|---|---|
| Rule 26(e)(2) supplementation of Disclosures and responses: | ~~June 3, 2022~~ | August 4, 2022 |
| Discover deadline and Submission of status report: | ~~June 17, 2022~~ | August 17, 2022 |
| Request for admissions: | ~~June 24, 2022~~ | August 24, 2022 |
| Dispositive motion deadline: | ~~July 25, 2022~~ | September 26, 2022 |

It is so ORDERED.

_____
The Honorable Ellen Lipton Hollander
United States District Judge