IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TRAVIS BAIR, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:20-cv-00769-ELH |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the Joint Motion to Modify Scheduling Order and the record in this case it is this 3rd day of June 2022, hereby

ORDERED that the Joint Motion shall be and hereby is GRANTED; and it is further

ORDERED that the Scheduling Order shall be and hereby is MODIFIED as follows:

| | **OLD DEADLINE** | **NEW DEADLINE** |
|---|---|---|
| Rule 26(e)(2) supplementation of Disclosures and responses: | ~~June 3, 2022~~ | August 4, 2022 |
| Discover deadline and Submission of status report: | ~~June 17, 2022~~ | August 17, 2022 |
| Request for admissions: | ~~June 24, 2022~~ | August 24, 2022 |
| Dispositive motion deadline: | ~~July 25, 2022~~ | September 26, 2022 |

It is so ORDERED.

_Ellen R. Hollander_
The Honorable Ellen Lipton Hollander
United States District Judge