IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Travis Bair
_____
Plaintiff,                                         *

                                                   *

v.                                                       Case No.  1:20-CV-00769-MJM
                                                                   _____
                                                   *
United States of America
_____
Defendant.                                         *

**GENERAL CONSENT TO PROCEED**
**BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party to the above-captioned civil matter hereby voluntarily waives the right to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

10/04/22                                                 [signature]
_____                                _____
Date                                                     Signature of Party or Counsel

                                                         S. Ramani Pillai
                                                         _____
                                                         Printed Name

                                                         206 Washington St. Cumberland, MD 21502
                                                         _____
                                                         Address

                                                         RPillai@atlanticbbn.net
                                                         _____
                                                         Email Address

                                                         301-759-3700
                                                         _____
                                                         Telephone Number

                                                         301-722-0334
                                                         _____
                                                         Fax Number

MagistrateGeneralConsentCV (06/2016)